J-A16016-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TRAVIS LEE PLANK | : | |
| | : | |
| Appellant | : | No. 1409 MDA 2019 |

Appeal from the Judgment of Sentence Entered July 30, 2019
In the Court of Common Pleas of Adams County Criminal Division at
No(s): CP-01-CR-0001013-2018


BEFORE: PANELLA, P.J., STABILE, J., and MUSMANNO, J.

CONCURRING STATEMENT BY MUSMANNO, J.:        **FILED MARCH 26, 2021**

I agree with the Majority that, pursuant to ***Commonwealth v. Au***, 42 A.3d 1002 (Pa. 2012), the interaction between Travis Lee Plank ("Plank") and Pennsylvania State Trooper Matthew Hochberg ("Trooper Hochberg") began as a mere encounter. However, I believe that the mere encounter escalated into an investigative detention. Nevertheless, because the investigative detention was supported by reasonable suspicion, I would conclude that the interaction between Plank and Trooper Hochberg was lawful. Thus, I concur with the result reached by the Majority.